WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; ndunn@wrightlegal.net;

Attorneys for Defendants, FEDERAL NATIONAL MORTGAGE
ASSOCIATION dba FANNIE MAE; OCWEN LOAN SERVICING, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BEALL fka TEMPLIN, | ) Case No.:  EDCV 13-01621 DDP |
| Plaintiff, | ) |
| | ) **[CLOSED]** |
| | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION dba FANNIE MAE; | ) |
| OCWEN LOAN SERVICING, LLC; | ) |
| QUALITY LOAN SERVICE CORP; | ) |
| DOES 1-100 | ) |
| | ) |
| Defendants. | ) |
| | ) |

On July 30, 2014, the Court granted Federal National Mortgage Association dba Fannie Mae and Ocwen Loan Servicing, LLC's (collectively "Defendants") Motion to Dismiss Plaintiff, Diane Beall fka Templin's Complaint with prejudice.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to

[PROPOSED] JUDGMENT

Defendants, and that a Judgment of Dismissal be entered in favor of Defendants, and each of them, and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Defendants. The case is further dismissed, for the same reasons, as to all named defendants.

Dated:  August 05, 2014

                              Hon. Dean D. Pregerson
                              United States District Judge

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

By:	_____ /s/ Nicole S. Dunn_____
          T. Robert Finlay, Esq.
          Nicole S. Dunn, Esq.
          Attorneys for Defendants, FEDERAL
          NATIONAL MORTGAGE ASSOCIATION
          dba FANNIE MAE; OCWEN LOAN
          SERVICING, LLC

[PROPOSED] JUDGMENT